[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Floyd*, Slip Opinion No. 2020-Ohio-956.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-956

THE STATE OF OHIO, APPELLANT, *v*. FLOYD, APPELLEE.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Floyd*, Slip Opinion No. 2020-Ohio-956.]

*Appeal dismissed as moot.*

(No. 2019-0141—Submitted February 25, 2020—Decided March 17, 2020.)

APPEAL from the Court of Appeals for Hamilton County,

Nos. C-170607, C-170608, and C-170609, 2018-Ohio-5107.

_____

{¶ 1} This cause is dismissed as moot.

KENNEDY, FISCHER, DEWINE, and DONNELLY, JJ., concur.

O'CONNOR, C.J., and FRENCH and STEWART, JJ., dissent and would decide the case on its merits.

_____

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Scott M. Heenan, Assistant Prosecuting Attorney, for appellant state of Ohio (Hamilton County).

Paula Boggs Muething, Cincinnati City Solicitor, William T. Horsley, Interim City Prosecutor, and Jonathon Vogt, Appellate Director, for appellant state of Ohio (city of Cincinnati).

Raymond T. Faller, Hamilton County Public Defender, and Sarah E. Nelson, Assistant Public Defender, for appellee, Elizabeth Floyd.

_____